ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Raydon Corporation | ) ASBCA No. 60317 |
| | ) |
| Under Contract No. W900KK-09-D-0501 | ) |

APPEARANCE FOR THE APPELLANT:     Lars E. Anderson, Esq.
                                                              Venable LLP
                                                              Tysons Corner, VA

APPEARANCE FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                                 Army Chief Trial Attorney

ORDER OF ADMINISTRATIVE DISMISSAL

The appeal docketed as ASBCA No. 60317 duplicates the earlier docketed appeal ASBCA No. 60311. Appellant apparently submitted an email and an original copy of the notice of appeal under separate cover. The Recorder's office docketed both filings. The latter appeal, ASBCA No. 60317, is administratively dismissed from the Board's docket.

Dated: 18 November 2015

JEFFREY D. GARDIN
Recorder
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60317, Appeal of Raydon Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals